UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHEUNG, | No. 2:23-cv-01731 DJC AC |
| Plaintiff, | |
| v. | ORDER |
| DEPARTMENT OF VETERANS AFFAIRS, | |
| Defendant. | |

This action was transferred by the Federal Circuit Court to this court on August 16, 2023. ECF No. 1. The case is an appeal of the decision of the Department of Veterans Affairs Merit Systems Protection Board approving the removal of plaintiff from his position as a Supervisory Pharmacist. ECF No. 1 at 1-13. Plaintiff is appearing in pro se. On September 22, 2023, the undersigned set a pretrial scheduling conference to take place on January 24, 2024. ECF No. 3. On January 8, 2024, plaintiff filed a request for postponement, seeking to re-set the scheduling conference to April of 2024. ECF No. 5. In this request, plaintiff states he is permanently disabled and requests the postponement due to psychological and physical health issues. Id.

The court will grant a one-time postponement and re-set the scheduling conference to April 17, 2024. The parties' joint scheduling report is due April 3, 2024. Plaintiff is hereby notified that failure to appear at the April 17, 2024 conference and/or failure to timely submit the

joint scheduling brief may result in dismissal of this case for failure to prosecute.

      Good cause appearing, IT IS HEREBY ORDERED that the Status (Pretrial Scheduling) Conference currently set for January 24, 2024 at 10:00 a.m. in courtroom no. 26 before the undersigned is VACATED and RESET to April 17, 2024 at 10:00 a.m. in courtroom no. 26 before the undersigned.

      IT IS SO ORDERED.

DATED: January 10, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE