UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHEUNG, | No.  2:23-cv-01731 DJC AC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| DEPARTMENT OF VETERANS AFFAIRS, | |
| Defendant. | |

    This case was transferred to this court from the Federal Circuit on August 16, 2023, and plaintiff is appearing in pro se.  ECF No. 1.  An initial status conference was set for April 17, 2024, with a joint scheduling report due April 3, 2024.  ECF No. 7 at 1.  Plaintiff submitted a status report and stated that he emailed the defendant, but it does not appear defendant participated in the report.  ECF No. 8.  Defendant filed a status report on April 8, 2024, stating that it was only notified of the transfer to this court on that day by an email from Trial Counsel at the U.S. Department of Justice, Civil Division.  ECF No. 10.  As a result, defendant was unable to meet and confer with plaintiff in a 26(f) conference.  Defendant asked that the scheduling conference be reset to allow time for the parties to meet and submit a proper Rule 26(f) scheduling report.

////

1

Good cause appearing, IT IS HEREBY ORDERED that the initial status conference currently set for April 17, 2024 is VACATED and RESET to June 5, 2024 at 10:00 AM in Courtroom 26. The parties shall submit a joint Rule 26(f) statement regarding the scheduling no later than May 22, 2024.

IT IS SO ORDERED.

DATED: April 11, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE