Michael Cheung PRO SE
9061 Dillard Rd
Wilton, CA 95693
(916) 838-0649

**FILED**
APR 16 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Cheung, PRO SE<br><br>Plaintiff,<br><br>v.<br><br>Department of Veterans Affairs,<br><br>Defendant. | Amended<br>**Complaint for a Civil Case**<br>No.<br>2:23-cv-01731 DJC-AC<br><br>**Jury Trial (yes)** |

I.  The Parties to This Complaint

   A. The Paintiff (s)

      Michael Cheung

      9061 Dillard Rd

      Wilton, CA 95693

      (916) 838-0649

   B. Defendant(s) No.1

      Department of Veterans Affairs

      Karsten Duncan (Chief/ Director of Pharmacy)

      10535 Hospital Way

      Mather, CA 95655

1

1 | (1800) 382-8387
2 |
3 | Defendant No. 2
4 | Department of Veterans Affairs
5 | Erin Boggs (Associate Chief of Pharmacy)
6 | 10535 Hospital Way
7 | Mather, CA 95655
8 | (1800) 382-8387
9 |
10 | Defendant No. 3
11 | Inyoung (Steve) Brewer (Associate Chief of Pharmacy)
12 | 10535 Hospital Way
13 | Mather, CA 95655
14 | (1800) 382-8387
15 |
16 | II. Basis for Jurisdiction
17 | What is the basis for Federal Court jurisdiction?
18 | • Federal Question
19 |
20 | A. If the Basis for Jurisdiction Is a Federal Question
21 | • Disability discrimination under ADA
22 | • Age Discrimination under Title VII
23 | • Race Discrimination under Title VII
24 | • Whistleblower Retaliation (wrongful termination)
25 |
26 |
27 |
28 |

III. Statement of Claim

**Disability discrimination under ADA**

1. Mark Lee (accountable officer) stated that Karsten Duncan was making fun of me in regards the way I speak in front of other Pharmacy Managers and administrative staff.

**Race Discrimination under Title VII**

1. Karsten Duncan in 2019 told me while walking back to pharmacy after a meeting in trailer which he came to me and stated he has a Chinese friend in Bay Area and they DID NOT get along and walked away.

2. I was discriminated because I am Chinese when COVID started worldwide; (abusing me with work overload and removing staff)

3. I was discriminated due to fact my annual performance appraisals was fabricated and altered by Karsten Duncan for several years. And performance appraisal did not match my job descriptions.

   I was discriminated with as the only Outpatient Pharmacy Supervisor needed to process prescriptions at rate 480 prescription per day (approximate one prescription in 56 seconds) and had me work faster and faster to obtain fully successful rating. And Inyoung (Brewer) stated that even if I work faster I would not receive a receive a higher performance rating.

   I had a back log of prescriptions of 2700 daily and Karsten, Erin, Steve did not care about Mather Outpatient Pharmacy.

   **Performance Appraisal**

   Michael Cheung prior performance ratings is Outstanding from prior superiors.

   Once Karsten Duncan became Chief of Pharmacy Performance Appraisals is not accurate

   1. 2017-2018 Performance Appraisal for Michael Cheung Outstanding rating on record was altered by Karsten Duncan Chief on December 2019 to fully successful (FRAUD)

   2. 2018-2019 Never Issued Performance Rating for Michael Cheung and

3

    documented on file Not Available to Sign (FRAUD)

  3. 2019-2020 NO performance Appraisal for Michael Cheung

  4. 10/1/20 to 9/30/21 Performance Plan was communicated to Michael Cheung on 10/5/21 after the rating period. also Copy of Performance appraisal (notes employee not available to sign)

  5. Karsten fabricated a full performance report on MSPB record.

4. I was discriminated when I needed help in pharmacy I would not receive help instead they would remove my staff, add more work, add more days for the pharmacy department to open, open drive thru pharmacy, conversions of medication from other sites.   Other Pharmacy obtain help when request.

5. I was discriminated due to fact no staff is allow to talk to me if they do; they will be fired.

6. 5/27/2020 I was discriminated when they took me in a room and Erin Boggs interrogated me like a criminal asking me non stop questions approximate 56 questions in approximate one hour regarding events 4-6 months or more. In front of Anna Allen Pharmacist staff sitting on the side.   Defamation by Erin Boggs towards Michael Cheung having Anna in the room and listening.

7. 2/12/20 I was discriminated when I was forced to sign a document with so many regulation immediately in the office (no other Outpatient Supervisor asked to sign) and started yelling at me.

8. I was discriminated with Associate Chief Erin Boggs stating questioning if I was working 100% of the time my staff on email when I stated that I need help with pharmacy workload.   Defamation of Michael Cheung by Erin Boggs.

9. I was discriminated due to fact after MSPB hearing and judge ordered status quo ante in Jan 2021 I am the only Outpatient Pharmacy Supervisor that cannot go back and work in Outpatient Pharmacy.

10. I was discriminated when my department with 2700 prescription backlog and

4

      Karsten, Erin, Inyoung(Steve) would not send help. Other supervisors receive help always.

11. 4/2020 I was discriminated by Karsten Duncan due to fact I was accused of inaction when I did not purchase water for pharmacy staff when asked by Bridgett Leblanc (Outpatient Pharmacy staff)  I am the only supervisor with that requirement to purchase water and I had prior day off.  This is defamation by Karsten Duncan toward Michael Cheung due to Bridgett on email.  I purchase 8 cases of drinks for the staff with my own money.

12. I was discriminated at work when they know I was overloaded with work and Erin Boggs, Inyoung Brewer, Karsten Duncan denied I need help.

13. 5/11/20 During week Pharmacy Managers Meeting.  Michael Cheung was false accused stating PIV Pharmacy security at Mather Outpatient which Michael Manages lack PIV card security.  This is not true.  This is a defamation by Karsten Duncan towards Michael Cheung.

14. Mark Lee Accountable officer stated they discriminated me due to race and age.  They treated Michael Cheung differently and Erin was involved.

**Whistleblower Retaliation (wrongful termination)**

1. I am a whistleblower who was retaliated with firing and due process violations when I made the public (Merit System Board Aware) that Mather Prescriptions with a backlog of prescriptions and severely shortage of staff.

2. I am a whistleblower when I informed VA Employee Health (twice) that I was under attack with severe prescriptions backlog in Mather Outpatient Pharmacy especially mail prescriptions when they sat me in office and abused me.

3. I am a whistleblower when I report OIG which patients on medication called coumadin (patients received a double dose-anticoagulant) was retaliated.  I was discriminated with Erin Boggs yelled at me many times stating that I am the manager of anticoagulation clinic which I am not.

### Age Discrimination under Title VII

Mark Lee over 50 leaving

Daniel Sandy over 50 leaving

Sian Carr Lopez over 50 leaving

IV. Relief (Prayer for relief)

Michael Cheung for compensatory damages including backpay, pain and suffering, emotional distress, loss of earning capacity. Michael was abused at work psychologically caused him to be mentally disabled permanently.

1. Emotion distress/ pain and suffering plaintiff compensation request for one million dollars.
2. Loss of earning capacity / back pay for 53 yr old Plaintiff compensation request for one million dollars
3. Race and age each Discrimination Relief of one hundred thousand dollars.
4. Prior MSPB Legal Fees request compensation $2,7000
5. Defamation request compensation $100,000

V. Certification and closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation: (2) is supported by existing law or by a nonfrivolous argument for extending,

modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirement of Rule 11.

I agree to provide the Clerk's office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result of dismissal of my case.

Date of signing:   4-10-24

Signature of Plaintiff _____

Printed Name of Plaintiff: Michael Cheung PRO SE

7