UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHEUNG, | No. 2:23-cv-1731 DJC AC |
| Plaintiff, | |
| v. | ORDER |
| DEPARTMENT OF VETERANS AFFAIRS, | |
| Defendant. | |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On December 26, 2024, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 26, 2024, are adopted

1

1  in full;

2  2.  Defendant's motion to dismiss (ECF No. 19) is GRANTED and that plaintiff's
3  claims of age discrimination, disability discrimination, and whistleblower retaliation is
4  dismissed without leave to amend.

5  3.  The case will proceed on plaintiff's claim of race discrimination under Title
6  VII.

7  4.  This matter is referred back to the assigned Magistrate Judge for all further
8  pretrial proceedings.

IT IS SO ORDERED.

Dated:  **February 14, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Cheu1731.801

2