MICHELE BECKWITH
Acting United States Attorney
Rachel R. Davidson
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for United States
Secretary of Veterans Affairs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL CHEUNG,

                    Plaintiff,

        v.

DEPARTMENT OF VETERAN AFFAIRS,

                    Defendant.

CASE NO. 2:23-CV-01731-DJC-AC (PS)

[~~PROPOSED~~] ORDER RE STIPULATION TO EXTEND FACT DISCOVERY DEADLINE

       Pursuant to the parties' stipulation, and good cause appearing, the Court hereby orders that the parties' close of fact discovery deadline, currently set for March 14, 2025, is extended to March 27, 2025, so Plaintiff can respond to Defendant's outstanding discovery and attend his March 27, 2025 deposition. All other dates remain as set in the Court's case scheduling order. *See* ECF No. 18

       IT IS SO ORDERED.

DATED: March 14, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE