UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHEUNG,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF VETERANS AFFAIRS,<br><br>Defendant. | No. 2:23-cv-1731 DJC AC PS<br><br><br>ORDER |

    Plaintiff is proceeding in this case in pro se. On February 27, 2025, plaintiff filed a motion for an extension of time to respond to defendant's requests for production. ECF No. 29. That same day, plaintiff filed a motion for a protective order that would prevent defendant from deposing him, due to his medical condition. ECF No. 30. Defendant opposed the motion on March 4, 2025. ECF No. 31. On March 11, 2025, defendant requested an evidentiary hearing on the motion for a protective order. ECF No. 33. On March 12, 2025, defendant filed a status report stating that the parties met and conferred and agreed that plaintiff would appear for a deposition on March 25. ECF No. 34. On March 17, 2025, the court signed the parties' stipulation stating that fact discovery would be extended to March 27, 2025 so that plaintiff can respond to outstanding discovery and attend a deposition on March 27. ECF No. 37.

    Based on the most recent stipulations and representations of the parties, it appears to the court that the pending discovery motions at ECF No. 29 (motion for extension of time), 30

1   (motion for protective order), and 33 (request for evidentiary hearing) are now moot.
2   Accordingly, the court DENIES the motions (ECF Nos. 29, 30, 33) as MOOT, without prejudice
3   to re-filing if necessary.
4        IT IS SO ORDERED.
5   DATED: March 19, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE