1  MICHAEL CHEUNG
   PRO SE
2  9061 Dillard Road
   Wilton, CA 95693
3  916-838-0649

4  Pro Se Plaintiff

5  KIMBERLY A. SANCHEZ
   Acting United States Attorney
6  RACHEL R. DAVIDSON
   Assistant United States Attorney
7  501 I Street, Suite 10-100
   Sacramento, CA 95814
8  E-mail:    Rachel.Davidson@usdoj.gov
   Telephone: (916) 554-2731
9
   Attorneys for Defendant
10 Douglas A. Collins, United States Secretary of Veterans Affairs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL CHEUNG, | CASE NO. 2:23-CV-01731-DJC-AC (PS) |
|---|---|
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | |
| DEPARTMENT OF VETERAN AFFAIRS, | |
| Defendant. | |

///

NOTICE OF SETTLEMENT                                          1

Plaintiff Michael Cheung, and Defendant Douglas A. Collins, United States Secretary of the Department of Veteran Affairs (the "Parties"), notify the Court that the Parties have settled this matter. The Parties request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until Defendant fully performs its duties under the settlement agreement. The Parties expect Defendant to complete all duties under the settlement agreement by September 30, 2025. Within two weeks of completion of its duties, the parties will file with this Court a Stipulation dismissing the matter with prejudice.

Dated: July 22, 2025                               MICHAEL CHEUNG

                                        By:   /s/Michael Cheung (*auth* 7/21/25)
                                              MICHAEL CHEUNG
                                              Pro Se Plaintiff

Dated: July 22, 2025                               UNITED STATES OF AMERICA

                                        By:   /s/ *Rachel R. Davidson*
                                              RACHEL R. DAVIDSON
                                              Assistant United States Attorney